**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROSALINA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO AIRLINES TERMINAL CONSORTIUM; CATCO O'HARE, INC.; AUSTIN POWER PARTNERS; AUSTIN COMMERCIAL, LP, Individually and d/b/a AUSTIN COMMERICAL SERVICES, LP; POWER CONSTRUCTION COMPANY, LLC; UJAMAA CONSTRUCTION, INC.; VANDERLANDE INDUSTRIES, INC.; BURLING BUILDERS, INC.; J.A. WATTS, INC.; EMIRATES; EMIRATES AIRLINES; DNATA AVIATION USA, INC.,<br><br>Defendants. | Case No: 1:25-cv-02666 |

**DEFENDANT EMIRATES' NOTICE OF REMOVAL**

**PLEASE TAKE NOTICE THAT** Defendant EMIRATES (also separately and improperly named herein as "EMIRATES AIRLINES" and hereinafter collectively "EMIRATES"), by and through its attorneys GREENSPOON MARDER LLP and CLYDE & CO US LLP, hereby removes the above-captioned civil action from the Law Division of the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1330, 1441 and 1446. In support of its Notice of Removal, Emirates states as follows:

## I. PROCEDURAL HISTORY AND PLAINTIFF'S ALLEGATIONS

1. On January 23, 2025, Plaintiff Rosalina Rodriguez (hereinafter "Plaintiff") commenced this action against Emirates by filing a Complaint in the Law Division of the Circuit

Court of Cook County, Illinois, styled *Rosalina Rodriguez v. Chicago Airlines Terminal Consortium; CATCO O'Hare, Inc.; Austin Power Partners; Austin Commercial, LP, Individually and d/b/a Austin Commercial Services, LP; Power Construction Company, LLC; Ujamaa Construction, Inc.; Vanderlande Industries, Inc.; Burling Builders, Inc.; J.A. Watts, Inc.; Emirates; Emirates Airlines; DNata Aviation USA, Inc.*, Case No. 2025L001010 (the "Complaint").

2. On or about February 22, 2025, Emirates received a copy of the Complaint.

3. Plaintiff's Summons and Complaint are the only process, pleadings, and orders that have been served on Emirates in this action to date. A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit A**.

4. Plaintiff seeks to recover damages for injuries she allegedly sustained on or about May 5, 2023, when she fell at or near Terminal 5 at O'Hare International Airport. *See* Exhibit A at ¶¶ 4, 8.

5. Plaintiff's Complaint asserts counts of negligence and Section 414 construction negligence against the defendants.

## II. GROUNDS FOR REMOVAL

### A. This Court Has Original Jurisdiction Because Emirates Is a Foreign State Under the Foreign Sovereign Immunities Act ("FSIA")

6. Removal of this action to this Court by Emirates is pursuant to the provisions of 28 U.S.C. § 1441(d), because, on or about May 5, 2023, and at all other times relevant to this action, Emirates was wholly-owned by the government of the United Arab Emirates ("UAE") and, therefore, is a foreign state as defined by 28 U.S.C. § 1603(a), subject to the provisions of the Foreign Sovereign Immunities Act ("FSIA") and 28 U.S.C. § 1330(a).

7. Therefore, the FSIA, which provides the sole means by which courts of the United States can assert jurisdiction over foreign sovereigns, governs this action against Emirates. *Republic of Austria v. Altman*, 541 U.S. 677, 699 (2004); *Saudi Arabia v. Nelson*, 507 U.S. 349, 355 (1993).

8. District courts have original jurisdiction over civil actions against a foreign state. *See* 28 U.S.C. § 1330(a). Moreover, 28 U.S.C. § 1441(d) provides that "[a]ny civil action brought in a State court against a foreign state as defined in section 1603(a) of this title may be removed by the foreign state to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(d); *see also Baylay v. Etihad Airways P.J.S.C.*, 881 F.3d 1032, 1037 (7th Cir. 2018) (the FSIA provides the sole basis for obtaining jurisdiction over a foreign state in the courts of this country) (citing *Argentine Republic v. Amerada Hess Shipping Corp.*, 488 U.S. 428, 443 (1989)); *Marshall v. Boeing Co.*, 940 F. Supp. 2d 819, 822 (N.D. Ill. 2013) (FSIA does not create a federal cause of action and court would not have had federal question jurisdiction over state law claims if airline were not foreign sovereign under FSIA).

## III. THE PROCEDURAL REQUIREMENTS OF 28 U.S.C. § 1446 HAVE BEEN SATISFIED

9. Pursuant to 28 U.S.C. § 1446(b), a notice of removal may be filed within thirty (30) days after the defendant receives a copy of the initial pleading, motion, or other paper from which it may be ascertained that the case is removable.

10. Plaintiff commenced this action by filing the Complaint on January 23, 2025.

11. Emirates received a copy of the Complaint on February 22, 2025.

12. Therefore, this Notice of Removal, filed on March 13, 2025, is timely filed.

13. Venue is proper in this District under 28 U.S.C. § 1441(a) because the removed action was pending in this district and division.

14. In accordance with the requirements of 28 U.S.C. § 1446(a), a "copy of all process, pleadings, and orders served upon Defendant" from the Law Division of the Circuit Court of Cook County, Illinois action is filed herewith as **Exhibit A**.

15. In accordance with the requirements of 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be this day served on Plaintiff's Counsel and filed with the Clerk of the Law Division of the Circuit Court for Cook County, Illinois, Case No. 2025L001010.

## IV. NON-WAIVER OF DEFENSES

16. By removing this action from the Law Division of the Circuit Court of Cook County, Illinois, Emirates does not waive any defenses available to it.

17. By removing this action from the Law Division of the Circuit Court of Cook County, Illinois, Emirates does not admit any of the allegations in Plaintiff's Complaint.

18. This Notice of Removal is filed subject to and with full reservation of rights.

**WHEREFORE**, for all of the foregoing reasons, Defendant Emirates hereby removes the above-referenced action now pending against it in the Law Division of the Circuit Court of Cook County, Illinois, Case No. 2025L001010, to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: March 13, 2025

Respectfully submitted,

*/s/ Marnie A. Holz*

Greenspoon Marder LLP
Marnie A. Holz (ARDC#: 6309264)
marnie.holz@gmlaw.com
227 W. Monroe Street, Suite 3950
Chicago, IL 60606
T: (773) 395-1623

*Attorneys for Defendant*
*Emirates and Emirates Airlines*

Clyde & Co US LLP
Andrew J. Harakas (ARDC#: 2221745)
Andrew.Harakas@clydeco.us
405 Lexington Avenue, 16th Floor
New York, New York 10174
T: (212) 710-3920
F: (212) 710-3950
*Attorneys for Defendant*
*Emirates and Emirates Airlines*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 13, 2025, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing Emirates' Notice of Removal was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court, or was served by the method indicated below:

| | |
|---|---|
| *Counsel for Plaintiff Rosalina Rodriguez*<br>Horwitz, Horwitz, and Associates, LTD.<br>Michael T. Wierzbicki<br>mikew@horwitzlaw.com<br>25 E. Washington, Suite 900<br>Chicago, Illinois 60602<br>T: (312) 372-8822 | [ ] Via CM/ECF<br>[X] Via Email<br>[ ] Via FedEx<br>[ ] Via Hand Delivery<br>[ ] Via U.S. Mail |
| *Counsel for Defendant Power Construction Company, LLC*<br>Wiedner & McAuliffe, Ltd.<br>Michael O. Vates<br>movates@wmlaw.com<br>Joseph T. Vietri<br>jtvietri@wmlaw.com<br>One North Floor<br>Chicago, IL 60606<br>T: (312) 855-1105 | [ ] Via CM/ECF<br>[X] Via Email<br>[ ] Via FedEx<br>[ ] Via Hand Delivery<br>[ ] Via U.S. Mail |
| *Counsel for Defendant Burling Builders, Inc.*<br>Law Office of Stacy Bert Walker<br>Elma D. Powell<br>ILLitCounsel@cna.com<br>Elma.Powell@cna.com<br>PO Box 94743<br>Chicago, IL 60690<br>T: (312) 822-3350 | [ ] Via CM/ECF<br>[X] Via Email<br>[ ] Via FedEx<br>[ ] Via Hand Delivery<br>[ ] Via U.S. Mail |

*/s/ Marnie A. Holz*
Marnie A. Holz