**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROSALINA RODRIGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> CHICAGO AIRLINES TERMINAL CONSORTIUM; CATCO O'HARE, INC.; AUSTIN POWER PARTNERS; AUSTIN COMMERCIAL, LP, Individually and d/b/a AUSTIN COMMERCIAL SERVICES, LP; POWER CONSTRUCTION COMPANY, LLC; UJAMAA CONSTRUCTION, INC.; VANDERLANDE INDUSTRIES, INC.; BURLING BUILDERS, INC.; J.A. WATTS, INC.; EMIRATES; EMIRATES AIRLINES; DNATA AVIATION USA, INC., <br><br> Defendants. | Case No: 1:25-cv-02666 <br><br> Hon. District Judge Jeffrey I. Cummings |

## <u>STIPULATION FOR VOLUNTARY DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is STIPULATED and AGREED by and between Plaintiff, ROSALINA RODRIGUEZ, and Defendants EMIRATES (sued herein as "EMIRATES AIRLINES") and DNATA AVIATION USA, INC. ("DNATA"), by and through their undersigned counsel, that the claims against EMIRATES and DNATA may be dismissed, without prejudice, with each party to bear their own costs.

Plaintiff may refile this action within one year, or the remaining period of limitation, whichever is longer.

[*signatures on following pages*]

Executed this 7th day of May 2025.

| HORWITZ, HORWITZ,<br>& ASSOCIATES, LTD. | GREENSPOON MARDER LLP |
|---|---|

By: */s/Michael T. Wierzbicki*  
      Michael T. Wierzbicki

25 E. Washington Street, Suite 900  
Chicago, Illinois 60602  
Office: (312) 372-8822  
Email: mike@horwitzlaw.com  
      clmail@horwitzlaw.com

      *Counsel for Plaintiff,*  
      *Rosalina Rodriguez*

By:    */s/ Marnie A. Holz*  
      Marnie A. Holz

227 W. Monroe Street, Suite 3950  
Chicago, Illinois 60606  
Office: (773) 395-1623  
Email: marnie.holz@gmlaw.com

      *-and-*

      CLYDE & CO US, LLP

By:    */s/ Andrew J. Harakas (w/ permission)*  
      Andrew J. Harakas

The Chrysler Building  
405 Lexington Avenue  
New York, NY 10174  
Office: (212) 710-3900  
Email: andrew.harakas@clydeco.us

      *Counsel for Defendants Emirates,*  
      *Emirates Airlines,* and *Dnata Aviation*  
      *USA, Inc.*

*[acknowledgments and agreements on following page]*

ACKNOWLEDGED and AGREED:

LIPE LYONS MURPHY NAHRSTADT
& PONTIKIS

By: _/s/ Henry Ortiz, IV_
      Jordan M. Tank
      Henry Ortiz, IV
      Christopher Theodosis

230 West Monroe Street, Suite 2260
Chicago, Illinois 60606
Office: (312) 702-0586
Email: jmt@lipelyons.com
      ho@lipelyons.com
      ct@lipelyons.com

*Counsel for Defendants Austin Power Partners,*
*Austin Commercial, LP, individually and*
*d/b/a Austin Commercial Services, LP,*
*Power Construction Company, LLC,*
*Ujamaa Construction, Inc.,* and
*Vanderlande Industries, Inc.*

WALKER WILCOX MATOUSEK LLP

By: _/s/ Michael A. Mintzer_
      Michael A. Mintzer

One North Franklin, Suite 3200
Chicago, Illinois 60606
Office: (312) 244-6792
Email: mmintzer@walkerwilcox.com

*Counsel for Defendants Chicago Airlines*
*Terminal Consortium* and *CATCO O'Hare, Inc.*

3