**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROSALINA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO AIRLINES TERMINAL CONSORTIUM; CATCO O'HARE, INC.; AUSTIN POWER PARTNERS; AUSTIN COMMERCIAL, LP, Individually and d/b/a AUSTIN COMMERCIAL SERVICES, LP; POWER CONSTRUCTION COMPANY, LLC; UJAMAA CONSTRUCTION, INC.; VANDERLANDE INDUSTRIES, INC.; BURLING BUILDERS, INC.; J.A. WATTS, INC.; EMIRATES; EMIRATES AIRLINES; DNATA AVIATION USA, INC.,<br><br>Defendants. | Case No: 1:25-cv-02666<br><br>Hon. District Judge Jeffrey I. Cummings |

**<u>RE-FILED STIPULATION FOR VOLUNTARY DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is STIPULATED and AGREED by and between Plaintiff, ROSALINA RODRIGUEZ, and Defendants EMIRATES (sued herein as "EMIRATES AIRLINES") and DNATA AVIATION USA, INC. ("DNATA"), by and through their undersigned counsel, that the claims against EMIRATES and DNATA may be dismissed, without prejudice, with each party to bear their own costs.

Plaintiff may refile this action within one year, or the remaining period of limitation, whichever is longer.

[*signatures on following pages*]

Executed this 23rd day of May, 2025.

HORWITZ, HORWITZ,
& ASSOCIATES, LTD.

By: *_/s/ Michael T. Wierzbicki (w/ permission)_*
Michael T. Wierzbicki

25 E. Washington Street, Suite 900
Chicago, Illinois 60602
Office: (312) 372-8822
Email: mike@horwitzlaw.com
clmail@horwitzlaw.com

*Counsel for Plaintiff,*
*Rosalina Rodriguez*

SCHUELER, DALLAVO & CASIERI

By: *_/s/ Vincent Michael Casieri_*
Vincent Michael Casieri

525 W. Monroe St., Suite 1530
Chicago, Illinois 60661
Office: (312) 831-1090
Email: vcasieri@sdc-atty.com

*Counsel for Defendant,*
*DNata Aviation USA, Inc.*

GREENSPOON MARDER LLP

By: *_/s/ Marnie A. Holz_*
Marnie A. Holz

227 W. Monroe Street, Suite 3950
Chicago, Illinois 60606
Office: (773) 395-1623
Email: marnie.holz@gmlaw.com

*-and-*

CLYDE & CO US, LLP

By: *_/s/ Andrew J. Harakas (w/ permission)_*
Andrew J. Harakas

The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Office: (212) 710-3900
Email: andrew.harakas@clydeco.us

*Counsel for Defendants Emirates* and
*Emirates Airlines*

[*acknowledgments and agreements on following pages*]

ACKNOWLEDGED and AGREED:

LIPE LYONS MURPHY NAHRSTADT
& PONTIKIS

By: *<u>/s/ Christophilos Theodosis (w/ permission)</u>*
Jordan M. Tank
Henry Ortiz, IV
Christophilos Theodosis

230 West Monroe Street, Suite 2260
Chicago, Illinois 60606
Office: (312) 702-0586
Email: jmt@lipelyons.com
ho@lipelyons.com
ct@lipelyons.com

*Counsel for Defendants Austin Power Partners,*
*Austin Commercial, LP, individually and*
*d/b/a Austin Commercial Services, LP,*
*Power Construction Company, LLC,*
*Ujamaa Construction, Inc.*, and
*Vanderlande Industries, Inc.*

WALKER WILCOX MATOUSEK LLP

By: *<u>/s/ Michael A. Mintzer (w/ permission)</u>*
Michael A. Mintzer

One North Franklin, Suite 3200
Chicago, Illinois 60606
Office: (312) 244-6792
Email: mmintzer@walkerwilcox.com

*Counsel for Defendants Chicago Airlines*
*Terminal Consortium* and *CATCO O'Hare, Inc.*

ACKNOWLEDGED and AGREED:

THE LAW OFFICE OF EUGENA WHITSON-OWEN

By: *<u>/s/ Richard Joseph Turiello (w/ permission)</u>*
Richard Joseph Turiello

300 South Riverside Plaza, Suite 2050
Chicago, Illinois 60606
Office: (312) 775-9755
Email: richard.turiello@zurichna.com

*Counsel for Defendant J.A. Watts, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on May 23, 2025, pursuant to Fed. R. Civ. P. 5 and LR 5.5, a true and correct copy of the foregoing **Re-Filed Stipulation of Voluntary Dismissal** was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court, and was served by the method indicated below:

*Counsel for Plaintiff Rosalina Rodriguez*
Horwitz, Horwitz, and Associates, LTD.
Michael T. Wierzbicki
mikew@horwitzlaw.com
25 E. Washington, Suite 900
Chicago, Illinois 60602
T: (312) 372-8822

[ ] Via CM/ECF
[X] Via Email
[ ] Via FedEx
[ ] Via Hand Delivery
[ ] Via U.S. Mail

*Counsel for Defendants Austin Power Partners, Austin Commercial, LP, individually and d/b/a Austin Commercial Services, LP, Power Construction Company, LLC, Ujamaa Construction, Inc.*, and *Vanderlande Industries, Inc.*
Lipe Lyons Murphy Nahrstadt & Pontikis
Jordan M. Tank
jmt@lipelyons.com
Henry Ortiz, IV
ho@lipelyons.com
Christophilos Theodosis
ct@lipelyons.com
230 West Monroe Street, Suite 2260
Chicago, Illinois 60606
T: (312) 702-0586

[ ] Via CM/ECF
[X] Via Email
[ ] Via FedEx
[ ] Via Hand Delivery
[ ] Via U.S. Mail

*Counsel for Defendants Chicago Airlines Terminal Consortium* and *CATCO O'Hare, Inc.*
Walker Wilcox Matousek LLP
Michael A. Mintzer
mmintzer@walkerwilcox.com
One North Franklin, Suite 3200
Chicago, Illinois 60606
T: (312) 244-6792

[ ] Via CM/ECF
[X] Via Email
[ ] Via FedEx
[ ] Via Hand Delivery
[ ] Via U.S. Mail

| | |
|---|---|
| *Counsel for J.A. Watts, Inc.*<br>The Law Office of Eugena Whitson-Owen<br>Richard Joseph Turiello<br>richard.turiello@zurichna.com<br>300 South Riverside Plaza, Suite 2050<br>Chicago, Illinois 60606<br>T: (312) 775-9755 | [ ] Via CM/ECF<br>[X] Via Email<br>[ ] Via FedEx<br>[ ] Via Hand Delivery<br>[ ] Via U.S. Mail |
| *Counsel for DNata Aviation USA, Inc.*<br>Schueler, Dallavo & Casieri<br>Vincent Michael Casieri<br>vcasieri@sdc-atty.com<br>525 W. Monroe Street, Suite 1530<br>Chicago, Illinois 60661<br>T: (312) 831-1090 | [ ] Via CM/ECF<br>[X] Via Email<br>[ ] Via FedEx<br>[ ] Via Hand Delivery<br>[ ] Via U.S. Mail |

*/s/ Marnie A. Holz*
Marnie A. Holz