**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Rosalina Rodriguez
Plaintiff,
v.
Austin Power Partners, et al.
Defendant.

Case No.: 1:25−cv−02666
Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2025:

MINUTE entry before the Honorable Jeffrey I Cummings: No objections having been filed by the 6/6/25 deadline to do so, plaintiff's motion to remand [23] is granted without opposition. This case is remanded to the Circuit Court of Cook County forthwith. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.